**WILMER CUTLER PICKERING HALE AND DORR LLP**
Sonal N. Mehta (SBN 222086)
2600 El Camino Real, Suite 400
Palo Alto, CA 94306
Telephone: (650) 858-6000
Sonal.Mehta@wilmerhale.com

Emily Barnet (*pro hac vice forthcoming*)
250 Greenwich Street
New York, NY 10007
Telephone: (212) 230-8800
Emily.Barnet@wilmerhale.com

Allison Schultz (*pro hac vice forthcoming*)
2100 Pennsylvania Avenue NW
Washington DC 20037
Telephone: (202) 663-6000
Allison.Schultz@wilmerhale.com

*Attorneys for Defendant Meta Platforms, Inc. and Meta Platforms Ireland Limited*

**BURSOR & FISHER, P.A.**
L. Timothy Fisher (SBN 191626)
Daniel S. Guerra (SBN 267559)
Stefan Bogdanovich (SBN 324525)
1990 North California Blvd., 9th Floor
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
E-mail: ltfisher@bursor.com
dguerra@bursor.com
sbogdanovich@bursor.com

*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

VEELEAF, individually and on behalf of all other persons similarly situated,

Plaintiff,

vs.

META PLATFORMS, INC. and META PLATFORMS IRELAND LIMITED,

Defendants.

Case No. 5:26-cv-07644-NW

**STIPULATION AND ~~[PROPOSED]~~ ORDER REGARDING MOTION TO DISMISS BRIEFING SCHEDULE AND CONTINUATION OF INITIAL CASE MANAGEMENT CONFERENCE**

Courtroom 3, 5th Floor
Judge: Hon. Noël Wise

Pursuant to Civil Local Rules 6-1(b), 6-2, and 7-12, Defendants Meta Platforms, Inc. and Meta Platforms Ireland Limited ("Defendants") and Plaintiff Veeleaf (together with Defendants, the "Parties") by and through their respective counsel, hereby stipulate as follows:

WHEREAS, on July 23, 2026, Plaintiff filed the Complaint on behalf of itself individually and on behalf of all other persons similarly situated (Dkt. No. 1);

WHEREAS, on July 24, 2026, the Court set the Initial Case Management Conference for October 27, 2026 at 1:30 p.m. (Dkt. No. 5);

WHEREAS, on July 27, 2026, the Court rescheduled the Initial Case Management Conference to October 27, 2026 at 9:00 a.m. (Dkt. No. 9);

WHEREAS, on July 28, 2026, Plaintiff served Defendants with, among other documents, the Summons and Complaint (Dkt. Nos. 10, 11);

WHEREAS, pursuant to Federal Rule of Civil Procedure 12, Defendants' deadline to respond to the Complaint was August 18, 2026;

WHEREAS, pursuant to Civil Local Rule 6-1(a), the parties stipulated that the time for Defendants to respond to the Complaint shall be extended to September 17, 2026 (Dkt. No. 13);

WHEREAS, pursuant to Civil Local Rule 7-3, Plaintiff's current deadline to file an opposition to Defendants' motion to dismiss is October 1, 2026 and Defendants' deadline to file a reply is October 8, 2026;

WHEREAS, subject to the Court's approval, the parties have agreed that Plaintiff will file an opposition to Defendants' motion to dismiss by October 15, 2026;

WHEREAS, subject to the Court's approval, the parties have agreed that Defendants will file a reply to Plaintiff's opposition by October 29, 2026;

WHEREAS, because resolution of Defendants' motion to dismiss will clarify whether the case will go forward and to what extent, the parties respectfully request that the Initial Case Management Conference be continued until after the court resolves Defendants' motion to dismiss;

WHEREAS, the Parties jointly request that the Initial Case Management Conference be continued to a date thirty days after the Court resolves Defendants' motion to dismiss, or such a later date as is convenient for the Court;

IT IS HEREBY STIPULATED AND AGREED, subject to the approval of the Court, that:

1. The deadline for Plaintiff to respond to the Defendant's motion to dismiss shall be October 15, 2026;

2. The deadline for Defendants to file a reply to Plaintiff's opposition shall be October 29, 2026;

3. The Initial Case Management Conference shall be continued to ~~a date thirty days after the Court resolves Defendants' motion to dismiss, or such~~ a later date as is convenient for the Court.

Date: September 15, 2026

